No. 658. TYREE *v.* NEW YORK CENTRAL RAILROAD Co. C. A. 6th Cir. Certiorari denied. *Marshall I. Nurenberg* for petitioner. *John F. Dolan* for respondent.

No. 698. FARMERS CO-OPERATIVE ELEVATOR ASSOCIATION NON-STOCK OF BIG SPRINGS, NEBRASKA *v.* STRAND. C. A. 8th Cir. Certiorari denied. *William Craig, Paul D. Wilson* and *Jack E. Horsley* for petitioner. *James R. Stoner* for respondent.

No. 706. SMITH *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied. *Bernard H. Cantor* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *Thomas E. Fox,* Deputy Attorney General, for respondent.

No. 708. SHINALL *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied. *Robert L. Carter, Barbara A. Morris, Jack H. Young* and *Raymond A. Brown* for petitioner. *Joe T. Patterson,* Attorney General of Mississippi, and *Guy N. Rogers,* Assistant Attorney General, for respondent.

No. 709. PLISCO *v.* UNION RAILROAD Co. C. A. 3d Cir. Certiorari denied. *James E. McLaughlin* and *John J. Hickton* for petitioner.

No. 713. BREAULT ET AL. *v.* FEIGENHOLTZ, EXECUTOR, ET AL. C. A. 7th Cir. Certiorari denied. *John J. Yowell, G. Kent Yowell* and *Philip B. Kurland* for petitioners. *Hirsch E. Soble* for respondent Feigenholtz.